MARY MYERS APPLEBY, complainant,

*v.*

STEWART H. APPLEBY, individually and as executor and trustee under the last will and testament of T. Frank Appleby, deceased, defendant.

---

TEPPER BROS., INC., a body corporate, GOLDEN RULE KIDDIE SHOP, INC., a body corporate, and ISAAC BERGER, INC., a body corporate, respondents,

*v.*

KARL G. HARR and OSCAR A. MORGAN, appellants.

[Argued May 26th, 1947. Decided September 25th, 1947.]

*Mr. Ward Kremer,* for the respondents.

*Messrs. Durand, Ivins & Carton,* for W. Harold Warren, substituted trustee.

*Mr. John E. Toolan* and *Mr. Huyler E. Romond,* for the appellants.

PER CURIAM.

The appeal in this case questions the construction adopted in the Court of Chancery of a last will and testament.

After carefully considering the conclusions of the learned Vice-Chancellor and the arguments of counsel, we are of the opinion that the construction adopted therein is in all respects proper and that the decree under appeal should be affirmed, with costs.

*For affirmance*—The Chief-Justice, Bodine, Donges, Heher, Colie, Eastwood, Burling, Wells, Dill, Freund, McGeehan, McLean, JJ. 12.

*For reversal*—None.